RALPH E. PORTER, ESQ.
Nevada Bar # 004130
**PORTER & TERRY, LLC**
525 South Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorney for Defendant Gibson & Kuehn, LLP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD KUEHN, ESQ., THOMAS GIBSON, ESQ., GIBSON & KUEHN, LLP and DOES 1-X inclusive, SUSAN FALLINI and JOE FALLINI<br><br>Defendants. | CASE NO.   2:10 CV 01943-KJD-GWF |

### CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANT, THOMAS GIBSON, ESQ.

Notice is hereby given that, subject to approval by the court, Defendant, THOMAS GIBSON, ESQ, substitutes RALPH E. PORTER, ESQ., State Bar No. 4130 as counsel of record in place of THOMAS GIBSON, ESQ. as attorney in Proper Person.

Contact Information for new counsel is as follows:

Firm Name:   Porter & Terry, LLC

Address:   525 South Ninth Street, Las Vegas, NV 89101

Telephone:   702-384-5800

I consent to the above substitution
Date: May 2, 2011

_____
THOMAS GIBSON, ESQ.

1  I consent to being substituted
   Date: May 2, 2011
2                                                          _____
                                                           THOMAS GIBSON, ESQ.
3  I consent to the above substitution
   Date: May 3/11
4                                                          _____
                                                           RALPH E. PORTER, ESQ.
5

6  The substitution of attorney is hereby approved and so ORDERED

7  Date: May 11, 2011                                      _____
                                                           GEORGE FOLEY, JR.
8                                                          United States Magistrate Judge