# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COLONY INSURANCE CO.,

               Plaintiff,

vs.

HAROLD KUEHN, *et al*.,

               Defendants.

Case No. 2:10-cv-01943-KJD-GWF

**ORDER**

This matter is before the Court on the Plaintiff's Motion to Amend the Discovery Plan and Scheduling Order (First Request) (#48) filed on August 9, 2011.  Upon review and consideration, the Court will extend the deadlines for six months.  Once the Court rules on the pending Second Motion to Compel and for Sanctions Against Thomas Gibson and Gibson & Kuehn, LLP (#41), a discovery status conference will be scheduled.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Amend the Discovery Plan and Scheduling Order (First Request) (#48) is **granted.**  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **February 29, 2012**
2. Last date to file interim status report: **January 2, 2012**
3. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 2, 2012**
4. Last date to disclose rebuttal experts: **February 1, 2012**
5. Last date to file dispositive motions: **March 29, 2012**

. . .

. . .

. . .

6. Last date to file joint pretrial order: **April 30, 2012**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 2nd day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge