# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE CO.,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAROLD KUEHN, *et al*.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:10-cv-01943-KJD-GWF<br><br>**ORDER**<br><br>Motion for Leave of Court<br>to Withdraw as Counsel (#62) |

　　　　This matter is before the Court on Ralph E. Porter, Esq.'s Motion to Withdraw as Counsel for Thomas Gibson, Esq. and Gibson & Kuehn, LLP (#62), filed December 7, 2011. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Ralph E. Porter, Esq.'s Motion to Withdraw as Counsel for Thomas Gibson, Esq. and Gibson & Kuehn, LLP (#62) is **granted**.

　　　　**IT IS FURTHER ORDERED** that **Thomas Gibson** shall have until **January 20, 2012**, to advise the Court if he will retain new counsel. While **Thomas Gibson** may choose to retain new counsel or proceed *in proper* person, **Gibson & Kuehn LLP** must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

　　　　1.　　add the last known address of **Thomas Gibson** to the civil docket:

　　　　　　**Thomas Gibson**
　　　　　　**1601 E. Basin, Suite 101**
　　　　　　**Pahrump, Nevada 89060**;

. . .

2. add the last known address of **Gibson & Kuehn LLP** to the civil docket:

**Gibson & Kuehn LLP
1601 E. Basin, Suite 101
Pahrump, Nevada 89060**;

3. serve **Thomas Gibson and Gibson & Kuehn LLP** with a copy of this order at their last known addresses listed above.

DATED this 28th day of December, 2011.

_____
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**