# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:10-CV-01943-KJD-GWF |
| v. | **ORDER** |
| HAROLD KUEHN, *et al*., | |
| Defendants. | |

    Presently before the Court is the Report and Recommendation (#64) of Magistrate Judge George Foley, Jr. recommending that the Third Motion to Compel and for Sanctions Against Thomas Gibson and Gibson & Kuehn, LLP be granted, in part and denied, in part.  No objection to the Report and Recommendation has been filed.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court finds that Judge Foley's Report and Recommendation (#64) should be adopted and affirmed.

1  **IT IS THEREFORE ORDERED** that the Report and Recommendation (#64) of
2  Magistrate Judge George Foley, Jr., is **ADOPTED** and **AFFIRMED**;
3  **IT IS FURTHER ORDERED** that Defendants' affirmative defense regarding Mr.
4  Kuehn's alleged mental state be **STRICKEN** from Defendants' answer.
5  DATED this 25th day of May 2012.

_____
Kent J. Dawson
United States District Judge