# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COLONY INSURANCE COMPANY,

    Plaintiff,

v.

HAROLD KUEHN, *et al.*,

    Defendants.

Case No. 2:10-CV-01943-KJD-GWF

**ORDER**

    Before the Court is the Report and Recommendation (#83) of Magistrate Judge George Foley, Jr. recommending that the District Court enter an Order requiring Defendant Kuehn to show cause why he should not be adjudged in civil contempt.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. Based on its review, the Court agrees with the Magistrate Judge's determination that Defendant Kuehn should be required to show cause why he should not be adjudged in civil contempt for his actions in this case as stated by Judge Foley's, including his failure to appear at the February 21, 2012 hearing and failure to make himself available for his deposition.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendant Kuehn is instructed to show cause within 14 days of this order why he should not be held in civil contempt.

**IT IS FURTHER ORDERED** that if Defendant Kuehn fails to comply with this Order within 14 days, he will be fined $250.00 per day until such time as he complies with this Order.

DATED this 18th day of September 2012.

_____
Kent J. Dawson
United States District Judge