1  Craig J. Mariam (SBN: 10926)
   Joseph P. Hardy (SBN: 7370)
2  GORDON & REES LLP
   3770 Howard Hughes Parkway, Suite 100
3  Las Vegas, Nevada 89169
   Telephone: (702) 577-9333
4  Facsimile: (877) 306-0043
   Email: cmariam@gordonrees.com
5  Email: jhardy@gordonrees.com

6  Philip R. King (admitted *Pro Hac Vice*)
   John K. Daly (admitted *Pro Hac Vice*)
7  MECKLER BULGER TILSON
    MARICK & PEARSON LLP
8  123 North Wacker Drive, Suite 1800
   Chicago, Illinois 60606
9  Telephone: (312) 474-7900
   Facsimile: (312) 474-7898
10 Email: philip.king@mbtlaw.com
   Email: john.daly@mbtlaw.com
11
   Attorneys for Plaintiff
12 COLONY INSURANCE COMPANY

13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF NEVADA
15

16 COLONY INSURANCE COMPANY        )   CASE NO.: 2:10-cv-01943-KJD-GWF
                                   )
17              Plaintiff,         )   *Honorable Kent J. Dawson*
                                   )   *Magistrate Judge George Foley, Jr.*
18     vs.                         )
                                   )   **FINAL JUDGMENT**
19 HAROLD KUEHN; THOMAS GIBSON; GIBSON )   **ORDER**
   & KUEHN, LLP; SUSAN FALLINI; JOE FALLINI )
20                                 )
                Defendants.        )
21                                 )
                                   )
22

23     THIS MATTER having come before the Court on Plaintiff Colony Insurance Company's

24 Motion for Summary Judgment (#82), and the Court having granted Plaintiff's Motion in the

25 entirety (#95), the Court hereby enters the following Final Judgment Order:

26     a.   Colony's Motion for Summary Judgment is granted;

27     b.   Judgment is entered in favor of Plaintiff Colony and against all Defendants;

28

  c. This Court finds and declares that Plaintiff has no duty to defend or indemnify Defendants Harold Kuehn, Thomas Gibson and Gibson & Kuehn, LLP in connection with the Fallini lawsuit;

  d. This Final Judgment and declaration are binding as against Defendants Joe Fallini and Susan Fallini; and

  e. Colony is entitled to costs of suit incurred herein.

DATED this __2nd__ day of October 2012.

_____
Kent. J. Dawson
United States District Judge

M:\14251\pleading\Final Judgment (proposed).docx