Craig J. Mariam (SBN: 10926)
Joseph P. Hardy (SBN: 7370)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9333
Facsimile: (877) 306-0043
Email: cmariam@gordonrees.com
Email: jhardy@gordonrees.com

Philip R. King (admitted *Pro Hac Vice*)
John K. Daly (admitted *Pro Hac Vice*)
MECKLER BULGER TILSON
 MARICK & PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898
Email: philip.king@mbtlaw.com
Email: john.daly@mbtlaw.com

Attorneys for Plaintiff
COLONY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY<br><br>                              Plaintiff,<br><br>        vs.<br><br>HAROLD KUEHN; THOMAS GIBSON; GIBSON & KUEHN, LLP; SUSAN FALLINI; JOE FALLINI<br><br>                              Defendants. | CASE NO.: 2:10-cv-01943-KJD-GWF<br><br>*Honorable Kent J. Dawson*<br>*Magistrate Judge George Foley, Jr.*<br><br>**FINAL JUDGMENT ORDER** |

THIS MATTER having come before the Court on Plaintiff Colony Insurance Company's

Motion for Summary Judgment (#82), and the Court having granted Plaintiff's Motion in the

entirety (#95), the Court hereby enters the following Final Judgment Order:

      a.     Colony's Motion for Summary Judgment is granted;

      b.     Judgment is entered in favor of Plaintiff Colony and against all Defendants;

1       c.      This Court finds and declares that Plaintiff has no duty to defend or indemnify

2  Defendants Harold Kuehn, Thomas Gibson and Gibson & Kuehn, LLP in connection with the

3  Fallini lawsuit;

4       d.      This Final Judgment and declaration are binding as against Defendants Joe Fallini

5  and Susan Fallini; and

6       e.      Colony is entitled to costs of suit incurred herein.

7       DATED this ___ 2nd day of October 2012.

8

9

10                                          _____

11                                          Kent. J. Dawson
                                            United States District Judge

12  M:\14251\pleading\Final Judgment (proposed).docx

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28